UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

JUAN JOSE CONTRERAS;

    Debtor.                   /

Case No. 16-11919-BKC-RAM

Chapter 7

## TRUSTEE'S NOTICE OF ABANDONMENT

> Any parties objecting to said abandonment must file a written objection with the United States Bankruptcy Court, C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Room 150, Miami, FL 33128, with a copy to the undersigned Trustee in Bankruptcy. Pursuant to Bankruptcy Rule 6007, the proposed abandonment will be deemed approved without necessity of a hearing or order, if no objection is filed and served within 14 days after the date of service of this notice.

TO: ALL INTERESTED PARTIES AND CREDITORS
NOTICE IS HEREBY GIVEN THAT:

JACQUELINE CALDERIN, Trustee in Bankruptcy herein, pursuant to 11 U.S.C. § 554(a), hereby abandons the estate's interest in the following:

1. The balance of settlement payments in the amount of $2,000.00 (the "Settlement Payments").[1]

The estate's interests in the Settlement Payments are being abandoned because the Debtor has lost his employment and is unable to continue to make settlement payments.

If no objection is raised by the date specified above, the Settlement Payments will be deemed abandoned without necessity of a court order.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via transmission of Notices of Filing generated by CM/ECF to those parties registered to receive

---

[1] In accordance with the Settlement Agreement between the Trustee and the Debtor, the Total Settlement Amount was in the amount of $5,000.00, as approved by the Court on August 3, 2016 [ECF #58].

electronic notice of filing in this case and via U.S. Mail where indicated to the parties listed on the attached Service List on July 31, 2017.

By: /s/ Jacqueline Calderin
**JACQUELINE CALDERIN**
*Chapter 7 Trustee*
936 SW 1st Avenue, #880
Miami, Florida 33130
T 786.369.8440
F 786.369.8523
calderintrustee@gmail.com

**Via CM/ECF:**
To all parties entitled to electronic notification via CM/ECF

```
Label Matrix for local noticing       (p)SNAP ON CREDIT LLC                Asset Acceptance
113C-1                                950 TECHNOLOGY WAY                   Attn: Bankrupcy Dept
Case 16-11919-RAM                     SUITE 301                            Po Box 2036
Southern District of Florida          LIBERTYVILLE IL 60048-5339           Warren, MI 48090-2036
Miami
Mon Jul 31 14:09:54 EDT 2017

Capital One                           Capital One                          Chase Card Services
Attn: Bankruptcy                      Attn: Bankruptcy                     Attn: Correspondence Dept
Po Box 30285                          Pob 30253                            Po Box 15298
Salt Lake City, UT 84130-0285         Salt Lake City, UT 84130-0253        Wilmington, DE 19850-5298


Citibank/Best Buy                     Dade County Fcu                      Dade County Fcu
Centralized Bankruptcy/CitiCorp Credit S  1500 Nw 107th Ave                Attention: Bankruptcy Department
Po Box 790040                         Doral, FL 33172-2706                 1500 Nw 107
St Louis, MO 63179-0040                                                    Miami, FL 33172-2706


ERC/Enhanced Recovery Corp            G&m                                  (p)INTERNAL REVENUE SERVICE
8014 Bayberry Rd                      200 W Jackson Blve Ste 7             CENTRALIZED INSOLVENCY OPERATIONS
Jacksonville, FL 32256-7412           Chicago, IL 60606-6910               PO BOX 7346
                                                                           PHILADELPHIA PA 19101-7346


Internal Revenue Service              Midland Funding                      Office of the US Trustee
POB 7346                              2365 Northside Dr                    51 S.W. 1st Ave.
Philadelphia, PA 19101-7346           Suite 300                            Suite 1204
                                      San Diego, CA 92108-2709             Miami, FL 33130-1614


Special Assistant United States       Special Assistant United States      State Farm Bank
Associates Area Counsel (SBSE)- Ft. Laud   Associates Area Counsel (SBSE)-Miami   Attn: Bankruptcy
1000 S. Pine Island Road, Suite 300   POB 9, Stop 8000                     Po Box 2328
Fort Lauderdale, FL 33324-3910        51 SW 1st Avenue                     Bloomington, IL 61702-2328
                                      Miami, FL 33130-1608


Synchrony Bank                        The Honorable Eric Holder            The Honorable Wilfredo A. Ferrer
Po Box 103104                         United States Attorney General       99 NE 4th Street
Roswell, GA 30076-9104                Department of Justice, Room 4400     Miami, FL 33132-2131
                                      950 Pennsylvania Avenue N.W.
                                      Washington, DC 20530-0001


Tsi/909                               Jacqueline Calderin                  Juan Jose Contreras
Po Box 17205                          936 SW 1 Ave # 880                   1355 West 53 Street, Apt. 102
Wilmington, DE 19850-7205             Miami, FL 33130                      Hialeah, FL 33012-3021
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Snap-on Credit LLC                    Internal Revenue Service             (d)Internal Revenue Service
950 Technology Way, Suite 301         Insolvency Support Group, Unit 1     PO Box 21126
Libertyville, IL 60048                Stop 5730                            Philadelphia, PA 19114
                                      7850 SW 6th Court, Room 165
                                      Fort Lauderdale, FL 33318
```

(d)Snap-on Credit Llc
Po Box 506
Gurnee, IL 60031

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Miami

End of Label Matrix
Mailable recipients    23
Bypassed recipients     1
Total                  24